UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

SHAW D. AMMERMAN,

    Plaintiff,

v.                                             CASE NO. 6:07-cv-1562-Orl-19KRS

DR. DAVID HAGER, et al.,

    Defendants.

## ORDER OF DISMISSAL WITHOUT PREJUDICE

On January 3, 2008, the Court ordered Plaintiff to file a Prisoner Consent Form and Financial Certificate within forty-five days of the Order (Doc. No. 16). Further, the Court notified Plaintiff that the failure to do so would result in the dismissal of the action without further notice. As of the date of this Order, Plaintiff has failed to comply.

Accordingly, it is now **ORDERED AND ADJUDGED:**

1.    This case is hereby **DISMISSED** without prejudice.

2.    The Clerk of the Court is directed to close this case.

**DONE AND ORDERED** at Orlando, Florida, this  25th  day of February, 2008.

PATRICIA C. FAWSETT, CHIEF JUDGE
UNITED STATES DISTRICT COURT

Copies to:

sc 2/25
Shaw D. Ammerman